**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CORRINE PIVAR, *an individual and as trustee of the William and Corrine Pivar Family Trust*, *et al.*,

Plaintiffs,

v.

GOLDEN STATE SUPPLY, LLC, *a limited liability company*, *et al.*,

Defendants.

Case No. 5:26-cv-02682-MWC-SP

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT (DKT. [21])**

Before the Court is the parties' Stipulation to Extend Time for Defendants to Respond to Second Amended Complaint ("Stipulation"), wherein the parties stipulate to extend the time for Defendants Golden State Supply, LLC, Advance Stores Company, Inc., Indio CA Enterprises, Inc., General Parts, Inc., and Auto Parts Wholesale Inc. ("Defendants") to respond to Plaintiffs' Second Amended Complaint ("SAC") until September 24, 2026. Dkt. # 21 ¶ 11. Upon review of the Stipulation, and good cause appearing therefor, the Court **GRANTS** the Stipulation (Dkt. # 21). Defendants **SHALL** respond to the SAC (Dkt. # 19) by no later than Thursday, September 24, 2026.

**IT IS SO ORDERED.**

DATED: September 4, 2026

Hon. Michelle Williams Court
United States District Judge